UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:22-cv-2587-MCS (SK)                                      Date: October 6, 2022

Title  Juan Enrique Lopez v. Jim Robertson

Present: The Honorable: Steve Kim, United States Magistrate Judge

|  Connie Chung  | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Petitioner:              Attorneys Present for Respondent:

None present                                                 None present

**Proceedings:**       (IN CHAMBERS) **ORDER TO SHOW CAUSE**

On August 23, 2022, Petitioner was ordered to respond to the second part of Respondent's motion to dismiss by September 10, 2022. (ECF 15). That portion seeks to dismiss the petition for lack of jurisdiction because the petition only alleges a state law jury instruction error not cognizable on federal habeas review. (ECF 7 at 5-7). Petitioner was also ordered to provide the Court with a status update on his exhaustion efforts in the California state court by September 10, 2022. But Plaintiff has failed to comply with either order.

Petitioner is thus **ORDERED TO SHOW CAUSE** by **Monday, November 7, 2022** why his petition should not be dismissed for failure to oppose the motion to dismiss and/or failure to prosecute and obey court orders. *See* Fed. R. Civ. P. 41(b); Local Rules 7-12, 41-1. Petitioner can discharge this order either by filing the appropriate responses mentioned above or by filing a Notice of Voluntary Dismissal using the attached CV-09 form.