JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN ENRIQUE LOPEZ,<br><br>           Petitioner,<br><br>v.<br><br>JIM ROBERTSON,<br><br>           Respondent. | Case No. 2:22-cv-2587-MCS (SK)<br><br>**JUDGMENT** |

Pursuant to the Order Denying Request for Stay and Dismissing Petition, **IT IS ADJUDGED** that this action under 28 U.S.C.§ 2254 is dismissed without prejudice.

DATED: March 20, 2023

_____
MARK C. SCARSI
United States District Judge